| | |
|---|---|
| 1 | LARA R. SHAPIRO (State Bar No. 227194) |
| 2 | 4145 Via Marina # 324 |
| | Marina del Rey, CA 90292 |
| 3 | Telephone:  (310) 577-0870 |
| 4 | Facsimile:  (424) 228-5351 |
| 5 | *Of Counsel to* |
| 6 | Lemberg & Associates LLC |
| | A Connecticut Law Firm |
| 7 | 1100 Summer Street |
| 8 | Stamford, CT  06905 |
| | Telephone:  (203) 653-2250 |
| 9 | Facsimile:  (203) 653-3424 |
| 10 | |
| 11 | Attorneys for Plaintiff, Mark Shipman |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Shipman, | Case No.: 1:10-cv-01861-LJO-SKO |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| MRS ASSOCIATES, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the representations by Plaintiff's counsel and the stipulation submitted, the Case Management Conference set for January 13, 2011 at 9:30 a.m. shall be continued to February 24, 2011 at 9:45 a.m., via telephonic appearance. The joint status report shall be due on February 17, 2011, and Defendant's Answer shall be filed not later than February 3, 2011.

IT IS SO ORDERED.

Dated:   **January 5, 2011**            **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE