LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Mark Shipman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Mark Shipman,<br><br>                       Plaintiff,<br><br>     vs.<br><br>MRS ASSOCIATES, INC.; and DOES 1-10, inclusive,<br><br>                       Defendants. | Case No.: 1:10-cv-01861-LJO-SKO<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that the parties in the above-entitled action have |
| 2 | |
| 3 | reached a settlement. The parties anticipate filing a joint stipulation for dismissal |
| 4 | with prejudice within twenty (20) days. |

DATED: February 17, 2011            LEMBERG & ASSOCIATES, LLC

By:    /s/   Lara R. Shapiro
Lara R. Shapiro, of counsel
Attorney for Plaintiff, Mark Shipman

---

1:10-cv-01861-LJO-SKO                                                NOTICE OF SETTLEMENT