UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHIPMAN, | CASE NO. CV F 10-1861 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 8.) |
| MRS ASSOCIATES, INC., | |
| Defendant. | |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 17, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the February 24, 2011 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules160 and 272.

IT IS SO ORDERED.

**Dated:   February 17, 2011**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE