LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Mark Shipman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Shipman,<br><br>Plaintiff,<br><br>vs.<br><br>MRS ASSOCIATES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:10-cv-01861-LJO-SKO<br><br>**NOTICE OF VOLUNTARY WITHDRAWAL PURSUANT TO FRCP 41(a)(1)** |

1. PLEASE TAKE NOTICE that the Plaintiff voluntarily dismisses his complaint with prejudice.

DATED:  March 21, 2011                    LEMBERG & ASSOCIATES, LLC


By:    /s/   *Lara R. Shapiro*
Lara R. Shapiro, of counsel
Attorney for Plaintiff, Mark Shipman